```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 19584
    KELVIN MITCHELL
                                          CHAPTER 13

                                          JUDGE: A BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-3211


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 05/19/2004 and was confirmed 08/17/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 01/09/2007.
-------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
GREEN TREE SERVICING LLC  MORTGAGE ARRE     4559.46            .00         2150.56
GREEN TREE SERVICING LLC  CURRENT MORTG        .00             .00             .00
HOUSEHOLD AUTOMOTIVE FIN  SECURED           8200.00          4257.58       2469.12
HOUSEHOLD AUTOMOTIVE FIN  UNSECURED        15382.48            .00             .00
HOUSEHOLD AUTOMOTIVE FIN  NOTICE ONLY      NOT FILED           .00             .00
ALLIED INTERSTATE         UNSECURED        NOT FILED           .00             .00
UNITED PARCEL SERVICE     NOTICE ONLY      NOT FILED           .00             .00
ALLSTATE PROPERTY & CASU  UNSECURED        NOT FILED           .00             .00
ALLSTATE INSURANCE        NOTICE ONLY      NOT FILED           .00             .00
AMERITECH                 UNSECURED        NOT FILED           .00             .00
ARONSON FURNITURE         UNSECURED        NOT FILED           .00             .00
BANK ONE - WISCONSIN      UNSECURED        NOT FILED           .00             .00
AMOCO                     UNSECURED        NOT FILED           .00             .00
CERTEGY PAYMENT RECOVERY  UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED           .00             .00
CPS SECURITY              UNSECURED        NOT FILED           .00             .00
ENTERPRISE RENT A CAR     UNSECURED        NOT FILED           .00             .00
FIRST CONSUMERS NATIONAL  UNSECURED        NOT FILED           .00             .00
FIRST CONSUMERS NATIONAL  NOTICE ONLY      NOT FILED           .00             .00
GUARANTY BANK             UNSECURED        NOT FILED           .00             .00
HOUSEHOLD VISA            UNSECURED        NOT FILED           .00             .00
ACCOUNTS RECEIVABLE MGMT  NOTICE ONLY      NOT FILED           .00             .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED           .00             .00
LA RABIDA CHILDRENS HOSP  UNSECURED        NOT FILED           .00             .00
OSI COLLECTION SERVICES   NOTICE ONLY      NOT FILED           .00             .00
BENNETT & DELONEY         UNSECURED        NOT FILED           .00             .00
PETER A LOUTOS LTD        UNSECURED        NOT FILED           .00             .00
MIDWEST NEOPED ASSOCIATE  UNSECURED        NOT FILED           .00             .00
MSN                       UNSECURED        NOT FILED           .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 19584 KELVIN MITCHELL
```

```
NATIONAL ACTION FINANCIA  UNSECURED       NOT FILED              .00              .00
ST PAUL FEDERAL SAVINGS   NOTICE ONLY     NOT FILED              .00              .00
NATIONWIDE CREDIT & COLL  UNSECURED       NOT FILED              .00              .00
PAY DAY EXPRESS           UNSECURED       NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED             .00              .00              .00
US BANK CONSUMER FINANCE  UNSECURED         6253.03              .00              .00
FIRSTAR CONSUMER LOANS    NOTICE ONLY     NOT FILED              .00              .00
PROVIDAN BANCORP          UNSECURED       NOT FILED              .00              .00
ALEGIS GROUP LOAN SERVIC  NOTICE ONLY     NOT FILED              .00              .00
PROVIDIAN                 UNSECURED       NOT FILED              .00              .00
TCF NATIONAL BANK         UNSECURED       NOT FILED              .00              .00
TELECHECK RECOVERY SERVI  UNSECURED       NOT FILED              .00              .00
UNIV INFECTIUOS DISEASES  UNSECURED       NOT FILED              .00              .00
WORLDCOM WIRELESS         UNSECURED       NOT FILED              .00              .00
WORLDCOM WIRELESS INC     UNSECURED       NOT FILED              .00              .00
CITY OF CHICAGO WATER DE  SECURED           795.00              .00           374.98
GREEN TREE SERVICING LLC  COST OF COLLE     400.00              .00           215.32
CITY OF CHICAGO PARKING   UNSECURED        3605.00              .00              .00
PRAMCO II LLC             FILED LATE      10915.51              .00              .00
PRAMCO II LLC             FILED LATE      10915.51              .00              .00
CITY OF CHICAGO WATER DE  UNSECURED          56.67              .00              .00
LEGAL REMEDIES CHARTERED  DEBTOR ATTY      2,200.00                         2,200.00
TOM VAUGHN                TRUSTEE                                             604.30
DEBTOR REFUND             REFUND                                                8.14

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   12,280.00

PRIORITY                                                 .00
SECURED                                             5,209.98
     INTEREST                                       4,257.58
UNSECURED                                                .00
ADMINISTRATIVE                                      2,200.00
TRUSTEE COMPENSATION                                  604.30
DEBTOR REFUND                                           8.14
                          ---------------       ---------------
TOTALS                    12,280.00              12,280.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/04/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```